First Circuit denied. *Messrs. Edward F. McClennen* and *Jacob J. Kaplan* for petitioner. *Messrs. Edward O. Proctor* and *Mark M. Horblit* for respondents. ▆▆▆▆

No. 891. CAPONE *v.* UNITED STATES. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Michael J. Ahern, Albert Fink,* and *Frank K. Nebeker* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key, John H. McEvers, Paul D. Miller,* and *W. Marvin Smith* for the United States. ▆▆▆▆

No. 726. NATIONAL SURETY CO. ET AL. *v.* CORIELL ET AL. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles H. Tuttle, Saul S. Myers, Selden Bacon,* and *Gregory Hankin* for petitioners. *Mr. Charles B. McInnis* for respondents. ▆▆▆▆

No. 766. ERIE R. Co. *v.* UNITED STATES. May 16, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. M. B. Pierce* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Joseph H. Sheppard,* and *Bradley B. Gilman* for the United States. ▆▆▆▆

No. 843. CONSOLIDATED BOOK PUBLISHERS, INC. *v.* FEDERAL TRADE COMMISSION. May 16, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edw. W. Everett* for